AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>GENESIS ARIANA VILLAFUERTE SORIA aka<br>ARIANA GEANELLA SORIA MIRANDA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         25- 742      ( M )<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 15, 2025__ in the county of __Carolina__ in the __--__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 18 U.S.C. § 1546(a) | (1) charged with possession of counterfeit immigration documents |

This criminal complaint is based on these facts:

See Attached Affidivit.

Reviewed by:
Assistant United States Attorney Daphne Cordero

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

*Complainant's signature*

Miralis Bermúdez Rodríguez, Enforcement Officer, CBP
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at 9:24 a.m. by telephone, this 15th day of August 2025, in San Juan, Puerto Rico.

Date: 08/15/2025

City and state: San Juan, Puerto Rico

Digitally signed by Hon. Giselle López-Soler
*Judge's signature*

Hon. Giselle López Soler United States Magistrate Judge
*Printed name and title*